1 | IAN D. BERG (S.B. #263586)
    iberg@aftlaw.com
2 | ABRAHAM FRUCHTER, & TWERSKY LLP
    12526 High Bluff Drive, Suite 300
3 | San Diego, CA 92130
    Telephone:    (858) 792-3448
4 | Facsimile:    (858) 792-3449

5 | *Attorneys for Plaintiff*
    *Steven Goldstein*
6

7 | MATTHEW W. CLOSE (S.B. #188570)
    mclose@omm.com
    O'MELVENY & MYERS LLP
8 | 400 South Hope Street
    Los Angeles, CA  90071-2899
9 | Telephone:    (213) 430-6000
    Facsimile:    (213) 430-6407
10

11 | *Attorney for Defendants*
     *Palo Alto Small Cap Master Fund, L.P.,*
     *Palo Alto Small Cap Fund, L.P., and*
12 | *William Leland Edwards*

13

14

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA**

17 | **SAN JOSE DIVISION**

18

| | |
|---|---|
| STEVEN GOLDSTEIN, | Case No.  CV 11-03066 PSG |
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND TIME FOR PALO ALTO DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| PALO ALTO SMALL CAP MASTER FUND, L.P., PALO ALTO SMALL CAP FUND, L.P., WILLIAM LELAND EDWARDS, JOHN DOES 1-10 and GASTAR EXPLORATION LTD., | |
|  | Judge:        Hon. Paul S. Grewal |
| Defendants. | Department:   Courtroom 5 |

27 | The Court has reviewed the Stipulation by Plaintiff Steven Goldstein ("Plaintiff") and

28 | Defendants Palo Alto Small Cap Master Fund, L.P. ("Small Cap Master"), Palo Alto Small Cap

Fund, L.P. ("Small Cap"), and William Leland Edwards ("Edwards") (Small Cap Master, Small Cap, and Edwards are collectively referred to as "Defendants"), and nominal defendant Gastar Exploration Ltd. ("Gastar"), dated August 2, 2011.  Based upon that Stipulation and good cause appearing, the Court ORDERS as follows:

1. The Stipulation dated August 2, 2011, is approved.

2. Defendants Small Cap Master, Small Cap, and Edwards shall have until September 7, 2011 to answer the Complaint or provide Plaintiff notice of the filing of a motion or other response to the Complaint.

3. In the event that Small Cap Master, Small Cap, or Edwards files a motion in response to the Complaint, the last day to fill the motion shall be September 28, 2011, Plaintiff's response shall be due by November 14, 2011, and any reply shall be due by November 28, 2011.

4. The Order Setting Initial Case Management Conference and ADR Deadlines is altered as follows:

    a. The last day to file ADR certification and to file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference shall be September 15, 2011;

    b. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be October 11, 2011;

    c. The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement shall be October 18, 2011;

    d. The initial case management conference shall be continued until October 25, 2011 at 2:00 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: August 8, 2011

*Paul S. Grewal* (signature)
Hon. Paul S. Grewal
United States Magistrate Judge