RECEIVED

2011 AUG -4  P 2: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Goldstein | CASE NO. 5:11-cv-03066-PSG |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| Palo Alto Small Cap Master Fund, L.P., et al. | |
| Defendant. | |

Kenneth P. Held , whose business address and telephone number is

Vinson & Elkins L.L.P., 1001 Fannin Street, Suite 2500, Houston, TX 77002; telephone: 713.758.4353

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Gastar Exploration, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 26, 2011

_____
United States District Judge

United States District Court
For the Northern District of California