IAN D. BERG (S.B. #263586)
iberg@aftlaw.com
ABRAHAM FRUCHTER, & TWERSKY LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:   (858) 792-3448
Facsimile:   (858) 792-3449

*Attorneys for Plaintiff*
*Steven Goldstein*

MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
SMITA REDDY (S.B. #267680)
sreddy@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

*Attorney for Defendants*
*Palo Alto Small Cap Master Fund, L.P.,*
*Palo Alto Small Cap Fund, L.P., and*
*William Leland Edwards*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEVEN GOLDSTEIN,<br><br>             Plaintiff,<br><br>     v.<br><br>PALO ALTO SMALL CAP MASTER FUND, L.P., PALO ALTO SMALL CAP FUND, L.P., WILLIAM LELAND EDWARDS, JOHN DOES 1-10 and GASTAR EXPLORATION LTD.,<br><br>             Defendants. | Case No.  CV 11-03066 PSG<br><br>**ORDER APPROVING STIPULATION REGARDING THE FILING OF AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT BY PALO ALTO DEFENDANTS**<br><br>Judge:         Hon. Paul S. Grewal<br>Department:  Courtroom 5 |

ORDER
Case No.  CV 11-03066 PSG

The Court has reviewed the Stipulation by Plaintiff Steven Goldstein ("Plaintiff") and Defendants Palo Alto Small Cap Master Fund, L.P. ("Small Cap Master"), Palo Alto Small Cap Fund, L.P. ("Small Cap"), and William Leland Edwards ("Edwards") (Small Cap Master, Small Cap, and Edwards are collectively referred to as "Defendants"), and nominal defendant Gastar Exploration Ltd. ("Gastar"), dated September 7, 2011. Based upon that Stipulation and good cause appearing, the Court ORDERS as follows:

1. The Stipulation dated September 7, 2011, is approved.

2. Plaintiff shall have until September 23, 2011 to file an amended complaint;

3. Defendants Small Cap Master, Small Cap, and Edwards shall have until October 21, 2011 to answer the amended complaint or to file a motion in response to the amended complaint.

4. In the event that Small Cap Master, Small Cap, or Edwards files a motion in response to the amended complaint, Plaintiff's response shall be due by December 7, 2011, and any reply shall be due by December 21, 2011.

5. The following dates shall remain unchanged:

    a. The last day to file ADR certification and to file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference shall be September 15, 2011;

    b. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be October 11, 2011;

    c. The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement shall be October 18, 2011;

    d. The initial case management conference shall be held on October 25, 2011 at 2:00 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: _____September 13___, 2011          _____
                                           Hon. Paul S. Grewal
                                           United States Magistrate Judge

ORDER
Case No. CV 11-03066 PSG